| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Gary L. Harre [CBN 86938]<br>3024 E. Anaheim St.<br>Long Beach, CA 90804<br>(562) 200-4701<br>mnapaul1@gmail.com<br><br>Attorney for Ta Kim To | **FILED**<br>SEP 21 2010<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:　　　　Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: Ta Kim To

CHAPTER 7

CASE NUMBER 8:10-bk-22705-TA

Debtor.

## DEBTOR'S MOTION TO CONVERT CASE
## UNDER 11 U.S.C. §§ 706(a) OR 1112(a)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

1. Debtor hereby moves this Court for an Order converting the above chapter **7** case to a case under chapter **13** on the grounds set forth below: Correction of initial Petition filed on 09/09/2010.

2. **Filing Information:**

   a. ☑ A Voluntary Petition under chapter    ☑ 7    ☐ 11    ☐ 12    ☐ 13    was filed on: 9/9/10

   b. ☐ An Involuntary Petition under chapter    ☐ 7    ☐ 11    was filed on:
      ☐ An Order of Relief under chapter    ☐ 7    ☐ 11    was entered on:

   c. ☐ An Order of Conversion to chapter    ☐ 7    ☐ 11    ☐ 12    ☐ 13    was entered on:

   d. ☐ Other (specify):

3. **Procedural Status:**

   a. Name of trustee appointed (if any): Richard A. Marshack

   b. Name of Attorney of Record for trustee (if any):

4. Debtor alleges that this case has not been previously converted.

(Continued on next page)

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                        F 1017-1.1

| Order on Debtor's Motion to Convert Case - *Page 2* | F 1017-1.2 |
|---|---|
| In re Ta Kim To | CHAPTER 7 |
| Debtor. | CASE NUMBER 8:10-bk-22705-TA |

    f.  Within 30 days of the date of this order, the Debtor must, if the case is converted AFTER confirmation of a plan, file:

        (1) A schedule of all property not listed in the final report and account which was acquired after commencement of the chapter 11 case but before entry of this conversion order.

        (2) A schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the chapter 11 case but before entry of this conversion order, and

        (3) A schedule of unpaid debts not listed in the final report and account which were incurred after the commencement of the chapter 11 case but before entry of this conversion order.

3. ☐ Motion denied without prejudice on the following grounds *(specify)*:   ☐ See Attached Page

4. ☐ Motion denied with prejudice on the following grounds:

    a.  ☐ Case previously converted under 11 U.S.C. §   ☐ 1112   ☐ 1208   ☐ 1307

    b.  ☐ Debtor is not an eligible Debtor under the chapter to which conversion is sought

    c.     Debtor is not acting or has not acted in good faith and, therefore, is not eligible to be a debtor under chapters 11, 12 or 13

    d.  ☐ Debtor is not a Debtor-in-Possession as required under 11 U.S.C. § 1112

    e.  ☐ Case was originally commenced as an involuntary chapter 11 case and is not eligible for automatic conversion under 11 U.S.C. § 1112

5. ☐ This matter is set for hearing as follows: *Date:*     *Time:*     *Ctrm:*
    Address of Courtroom:

6. ☐ Notice is required as follows *(specify)*:     ☐ See Attached Page

7. ☐ Court further orders as follows (specify):     ☐ See Attached Page

Dated:

                                             UNITED STATES BANKRUPTCY JUDGE

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2009          F 1017-1.2

Debtor's Motion to Convert Case - *Page 3*                                                F 1017-1.1

| In re Ta Kim To | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 8:10-bk-22705-TA |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1940 W. Orangewood Ave, #110
Orange, CA 92868

A true and correct copy of the foregoing document described as DEBTOR'S MOTION TO CONVERT CASE UNDER 11 U.S.C. §§ 706(a) OR 1112(a) _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐   Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 9/20/10 _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
(1) Richard A. Marshack, 5410 Trabuco Rd, Ste 130, Irvine, CA 92620
(2) US Trustee, 411 W. 4th St, Ste 9041, Santa Ana, CA 92701

☐   Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/20/10 | Judy Pham | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                          F 1017-1.1