GERALD S. KIM
State Bar No. 249886
**BARRETT DAFFIN & FRAPPIER
TREDER & WEISS, LLP**
20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765
(626) 915-5714 – Phone
(626) 661-7726 - Fax
File No. 1999887
cdcaecf@BDFGroup.com

Attorney for Movant
U.S. BANK NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO BANK
OF AMERICA, NATIONAL ASSOCIATION, (SUCCESSOR BY MERGER TO
LASALLE BANK NATIONAL ASSOCIATION) AS TRUSTEE FOR MORGAN
STANLEY LOAN TRUST 2007-8XS

UNITED STATES BANKRUPTCY COURT

CENTRAL  DISTRICT OF CALIFORNIA – SANTA ANA

| | |
|---|---|
| In re:<br><br>KIM TO TA,<br><br>     Debtor(s). | CASE NO.:   8:10-bk-22705-TA<br><br>CHAPTER:   13<br><br>NOTICE OF ERRATA TO NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362<br><br><u>Hearing</u><br>DATE:         November 16, 2010<br>TIME:         10:00 a.m.<br>PLACE:       Courtroom 5B<br>           411 West Fourth Street<br>           Santa Ana, California |

TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY

JUDGE AND ALL INTERESTED PARTIES ENTITLED TO NOTICE:

Movant, U.S. BANK NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO BANK

OF AMERICA, NATIONAL ASSOCIATION, (SUCCESSOR BY MERGER TO LASALLE BANK

1  NATIONAL ASSOCIATION) AS TRUSTEE FOR MORGAN STANLEY LOAN TRUST 2007-

2  8XS ("Movant"), hereby submits the exhibit attachment to its Notice of Motion and Motion for Relief

3  from the Automatic Stay under 11 U.S.C. § 362 ("Motion") filed in the instant case on October 25,

4  2010, as Document # 22, which although serviced, was inadvertently not filed with the Motion at the

5  time of filing.

6

7                                          RESPECTFULLY SUBMITTED,

8                                          BARRETT DAFFIN FRAPPIER

9                                          TREDER & WEISS, LLP

10

11  Dated: December 1, 2010          By:    /s/ Gerald S. Kim

12                                          GERALD S. KIM
                                            Attorneys for Movant
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROPERTY ADDRESS**

10231 KENMORE STREET
ANAHEIM, CALIFORNIA 92804

**LEGAL DESCRIPTION**

LOT 70 OF TRACT NO. 3104, IN THE CITY OF STANTON, COUNTY OF ORANGE, STATE OF
CALIFORNIA, AS PER MAP RECORDED IN BOOK 92, PAGE(S) 46 AND 47, OF MISCELLANEOUS
MAPS IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM; ALL OIL, OIL RIGHTS, NATURAL GAS RIGHTS, MINERAL RIGHTS, AND
OTHER HYDROCARBON SUBSTANCES BY WHATEVER NAME KNOWN, TOGETHER WITH
APPURTENANT RIGHTS THERETO, WITHOUT, HOWEVER, ANY RIGHT TO ENTER UPON THE
SURFACE OF SAID LAND NOR ANY PORTION OF THE SUBSURFACE LYING ABOVE A DEPTH OF
500 FEET, AS EXCEPTED OR RESERVED IN INSTRUMENTS OF RECORD.

Recording requested by:
**NDEx West, L.L.C.**
**15000 Surveyor Boulevard, Suite 500**
**Addison, Texas 75001-9013**

When Recorded Mail to and Mail Tax Statement to:
US BANK NATIONAL ASSOCIATION, .et al
c/o AMERICA'S SERVICING COMPANY
3476 STATEVIEW BLVD.
FORT MILL, SC 29715 .

APN #: 126-345-12
Property Address:
**10231 KENMORE STREET**
**ANAHEIM, CALIFORNIA 92804**


TDUS20090134003827

**COPY of Document Recorded**

at     **Orange**     County Recorder

    **2010000409632**     **08/24/2010**

has not been compared with original.

Original will be returned when process

has been completed.

Fee: **9.00**    DTT: **0.00**    Total    **9.00**

Space above this line for Recorder's use only

Trustee Sale No. : 20090134003827     Title Order No.: 914735

### TRUSTEE'S DEED UPON SALE

The undersigned grantor declares:
1)   The Grantee herein WAS the foreclosing beneficiary
2)   The amount of the unpaid debt together with cost was       **$556,317.04**
3)   The amount paid by the grantee at the trustee sale was      **$309,000.00**
4)   The documentary transfer tax is
5)   Said property is in the city of   **ANAHEIM**

NDEx West, L.L.C., as the duly appointed Trusteeunder the Deed of Trust hereinafter described, does hereby grant and convey, but without covenant or warranty, express or implied, to:

    **US BANK NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO BANK OF AMERICA,**
    **NATIONAL ASSOCIATION, (SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL**
    **ASSOCIATION) AS TRUSTEE FOR MORGAN STANLEY LOAN TRUST 2007-8XS**

(herein called Grantee), all of its right, title and interest in and to that certain property situated in the County of Orange, State of California, described as follows:

    LOT 70 OF TRACT NO. 3104, IN THE CITY OF STANTON, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS PER
    MAP RECORDED IN BOOK 92, PAGE(S) 46 AND 47, OF MISCELLANEOUS MAPS IN THE OFFICE OF THE COUNTY
    RECORDER OF SAID COUNTY.

    EXCEPTING THEREFROM; ALL OIL, OIL RIGHTS, NATURAL GAS RIGHTS, MINERAL RIGHTS, AND OTHER
    HYDROCARBON SUBSTANCES BY WHATEVER NAME KNOWN, TOGETHER WITH APPURTENANT RIGHTS
    THERETO, WITHOUT, HOWEVER, ANY RIGHT TO ENTER UPON THE SURFACE OF SAID LAND NOR ANY PORTION
    OF THE SUBSURFACE LYING ABOVE A DEPTH OF 500 FEET, AS EXCEPTED OR RESERVED IN INSTRUMENTS OF
    RECORD.
    APN: 126-345-12

RECITALS:
This conveyance is made pursuant to the powers conferred upon Trustee by that certain Deed of Trust dated **11/24/2006** and
executed by **KIM TO TA** Trustor(s), and **Recorded on 12/06/2006 as Instrument No. 2006000815835** of official records of
**Orange** County, California, and after fulfillment of the conditions specified in said Deed of Trust authorizing this conveyance.

Default occurred as set forth in a Notice of Default and Election to Sell which was recorded in the Office of the Recorder of said

**MAIL TAX STATEMENTS AS DIRECTED ABOVE**

THIS IS AN ACCOMMODATION RECORDING ONLY. IT HAS
NOT BEEN ABSTRACTED AS TO ITS CONTENT OR THE
EFFECT IT MAY PRESENT UPON RECORDING.
NORTH AMERICAN TITLE CO.

## EXHIBIT 1

Trustee Sale No. : 20090134003827          Title Order No.: 914735

County, and such default still existed at the time of sale.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Default or the personal delivery of the copy of the Notice of Default and the posting and publication of copies of the Notice of a Sale have been complied with.

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its powers under said Deed of Trust, sold the herein described property at public auction on **08/10/2010**. Grantee, being the highest bidder at said sale, became the purchaser of said property for the amount bid being 309,000.00 in lawful money of the United States, or by credit bid if the Grantee was the beneficiary of said Deed of Trust at the Time of said Trustee's Sale.

DATED: 08/20/2010

**NDEx West, L.L.C., as Trustee**

_____
Joyce Copeland

8/20/2010
DATED

State of      TEXAS      }
County of   DALLAS    }

On _____8/20/2010_____ before me, _____Jerry J. Howell_____ Notary Public, personally appeared Joyce Copeland who is known to me to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature: _____ (Seal)

My commission expires: _____

JERRY J. HOWELL
Notary Public
State of Texas
My Comm. Exp. 02-20-2013

**EXHIBIT 1**

Page 2

# THREE DAY NOTICE TO QUIT

*(Cal. Code of Civ. Pro. § 1161a(b)(3))*

**To: KIM TO TA**

10231 KENMORE STREET, ANAHEIM, CALIFORNIA  92804

YOU ARE HEREBY NOTIFIED that the real property and improvements thereon commonly known as 10231 KENMORE STREET, ANAHEIM, CALIFORNIA   92804 ("the Property") have been sold to US BANK NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO BANK OF AMERICA,   NATIONAL   ASSOCIATION,   (SUCCESSOR   BY   MERGER   TO   LASALLE   BANK NATIONAL ASSOCIATION) AS TRUSTEE FOR MORGAN STANLEY LOAN TRUST 2007-8XS at a non-judicial foreclosure sale in accordance with Cal. Civ. Code §§ 2924 et seq. under the power of sale contained in that certain Deed of Trust executed by KIM TO TA, as trustors, and recorded on December 06, 2006 as Instrument No. 2006000815835 in the Office of the ORANGE County Recorder.   The new owner's title has been duly perfected by Trustee's Deed Upon Sale recorded in the Office of the ORANGE County Recorder.

YOU ARE FURTHER NOTIFIED that your occupancy of the Property shall terminate effective THREE (3) CALENDAR DAYS after service of this Notice upon you.

WITHIN THREE (3) CALENDAR DAYS following service of this Notice, you must vacate and surrender possession of the Property to the undersigned, or legal proceedings will be immediately commenced to declare your occupancy forfeited, to obtain restitution and possession of the Property and to obtain a money judgment against you for damages and court costs.

Barrett Daffin Frappier Treder & Weiss, LLP

Dated:      August 16, 2010

FILE NO:    00000001919588

By: _____

GRACE EVERITT
Attorneys for Property Owner
US BANK NATIONAL ASSOCIATION, AS
SUCCESSOR TRUSTEE TO BANK OF
AMERICA, NATIONAL ASSOCIATION,
(SUCCESSOR BY MERGER TO LASALLE
BANK NATIONAL ASSOCIATION) AS
TRUSTEE FOR MORGAN STANLEY LOAN
TRUST 2007-8XS

*Direct All Inquires to:*

GRACE EVERITT
STATE BAR No. 245844
Barrett Daffin Frappier Treder & Weiss, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765
Phone:  (626) 915-5714
Fax:     (909) 595-7640

**EXHIBIT 2**

| Attorney of Party Without Attorney (Name and Address) | | | Telephone No: | | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| Barrett, Daffin, Frappier, Treder & Weiss<br>20955 Pathfinder Road          Suite 300<br>Diamond Bar          CA          91765<br>Attorney For: PLAINTIFF | | | (626)915-5714 | | |
| | | | Reference Number:<br>2719661          1919588 | | |

| Plaintiff/Petitioner: | US Bank National Association, As Successor Trustee to Bank of America, | | | |
|---|---|---|---|---|
| Defendant/Respondent: | Kim To Ta, et al. | | | |

| **PROOF OF SERVICE**<br>**"FILE BY FAX"** | Hearing Date: | Time: | Dept./Div.: | Case Number:<br>NOTICE |
|---|---|---|---|---|

I, the undersigned declare that at the time of the service of the papers herein referred
to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Three Day Notice to Quit; Request to Verify Occupancy

On the following tenant(s): Kim To Ta

Address:   10231 Kenmore Street
           Anaheim, CA 92804

Date and Time of Posting:  8/17/2010 at 3:10pm.

BY POSTING a copy for each above-named tenant in a conspicious place on the
property therein described, there being no person of suitable age or discretion
to be found at any known place of residence or business of said tenant(s) AND
MAILING by first-class mail on said date a copy to each tenant by depositing
said copies in the U.S. Mail in a sealed envelope with postage fully pre-paid,
addressed to the above-named tenant(s) at the place where the property is situated.

**FILE BY FAX PER CRC 2.303**

7. Person Serving  (name, address, and telephone No.):

# Attorney Service of San Dimas
**142 East Bonita Avenue, #51**
**San Dimas, CA 91773**
**(909)394-1202  Fax (909)394-1204**

Fee for service: $   $80.00

Andrew Hernandez
Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.:   1112
(iii) County: San Bernardino

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   8/20/2010

_(Signature)_

Judicial Council form POS-010                      **Proof of Service**                      Code Civil Procedure 417.10(f)

# EXHIBIT 2

# N I N E T Y   D A Y   N O T I C E   T O   Q U I T

*(Cal. Code of Civ. Pro. §§ 1161a(b)(3))*

### To: OCCUPANTS IN POSSESSION (EXCEPT FORMER OWNER(S))

10231 KENMORE STREET, ANAHEIM, CALIFORNIA  92804

YOU ARE HEREBY NOTIFIED that the real property and improvements thereon commonly known as 10231 KENMORE STREET, ANAHEIM, CALIFORNIA  92804 ("the Property") have been sold to US BANK NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO BANK OF AMERICA, NATIONAL ASSOCIATION, (SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION) AS TRUSTEE FOR MORGAN STANLEY LOAN TRUST 2007-8XS at a non-judicial foreclosure sale in accordance with Cal. Civ. Code §§ 2924 et seq. under the power of sale contained in that certain Deed of Trust executed by KIM TO TA, as trustors, and recorded on December 06, 2006 as Instrument No. 2006000815835 in the Office of the ORANGE County Recorder.  The new owner's title has been duly perfected by Trustee's Deed Upon Sale recorded in the Office of the ORANGE County Recorder.

YOU ARE FURTHER NOTIFIED that your occupancy of the Property shall terminate effective NINETY (90) CALENDAR DAYS after service of this Notice upon you.

WITHIN NINETY (90) CALENDAR DAYS following service of this Notice, you must vacate and surrender possession of the Property to the undersigned, or legal proceedings will be immediately commenced to declare your occupancy forfeited, to obtain restitution and possession of the Property and to obtain a money judgment against you for damages and court costs.

Barrett Daffin Frappier Treder & Weiss, LLP

Dated:    August 16, 2010

By: _____

FILE NO:    00000001919588

GRACE EVERITT
Attorneys for Property Owner
US BANK NATIONAL ASSOCIATION, AS
SUCCESSOR TRUSTEE TO BANK OF
AMERICA, NATIONAL ASSOCIATION,
(SUCCESSOR BY MERGER TO LASALLE
BANK NATIONAL ASSOCIATION) AS
TRUSTEE FOR MORGAN STANLEY LOAN
TRUST 2007-8XS

**EXHIBIT 2**

*Direct All Inquiries To:*

GRACE EVERITT
STATE BAR No. 245844
Barrett Daffin Frappier Treder & Weiss, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765
Phone: (626) 915-5714
Fax:    (909) 595-7640

**EXHIBIT 2**

| Attorney of Party Without Attorney (Name and Address) | | | Telephone No: | | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| Barrett, Daffin, Frappier, Treder & Weiss 20955 Pathfinder Road Diamond Bar Attorney For: PLAINTIFF | Suite 300 CA 91765 | | (626)915-5714 Reference Number: 2719662    1919588 | | |

| Plaintiff/Petitioner: | US Bank National Association, As Successor Trustee to Bank of America, |
|---|---|
| Defendant/Respondent: | Kim To Ta, et al. |

| **PROOF OF SERVICE** "FILE BY FAX" | Hearing Date: | Time: | Dept./Div.: | Case Number: NOTICE |
|---|---|---|---|---|

I, the undersigned declare that at the time of the service of the papers herein referred to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Ninety Day Notice to Quit; Request to Verify Occupancy

On the following tenant(s): All Occupants in Care of Named Tenant - Kim To Ta

Address:   10231 Kenmore Street
           Anaheim, CA 92804

Date and Time of Posting:  8/17/2010 at 3:10pm.

BY POSTING a copy for each above-named tenant in a conspicious place on the property therein described, there being no person of suitable age or discretion to be found at any known place of residence or business of said tenant(s) AND MAILING by first-class mail on said date a copy to each tenant by depositing said copies in the U.S. Mail in a sealed envelope with postage fully pre-paid, addressed to the above-named tenant(s) at the place where the property is situated.

**FILE BY FAX PER CRC 2.303**

7. Person Serving (name, address, and telephone No.):

# Attorney Service of San Dimas
**142 East Bonita Avenue, #51**
**San Dimas, CA 91773**
**(909)394-1202  Fax (909)394-1204**

Fee for service: $   $0.00

Andrew Hernandez
Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.:  1112
(iii) County: San Bernardino

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  8/20/2010

(Signature)

Judicial Council form POS-010       **Proof of Service**       Code Civil Procedure 417.10(f)

# EXHIBIT 2

1

2

3

4

5

6

7

DANA J. SEYLER
State Bar No. 165062
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, CA 91765
(626) 915-5714 - Phone
(909) 595-7640 - Fax
danase@bdfgroup.com

Attorneys for Plaintiff





FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
NORTH JUSTICE CENTER

SEP 03 2010

ALAN CARLSON, Clerk of the Court

BY _____ DEPUTY
MIKIE GESKE

8

SUPERIOR COURT OF THE STATE OF CALIFORNIA

9

COUNTY OF ORANGE, NORTH JUSTICE CENTER

10

30-2010

00405265

11

12

13

14

15

US BANK NATIONAL ASSOCIATION, AS
SUCCESSOR TRUSTEE TO BANK OF
AMERICA, NATIONAL ASSOCIATION,
(SUCCESSOR BY MERGER TO LASALLE
BANK NATIONAL ASSOCIATION) AS
TRUSTEE FOR MORGAN STANLEY LOAN
TRUST 2007-8XS

16

Plaintiff,

17

vs.

18

KIM TO TA; and DOES 1 to 10, inclusive,

19

20

Defendants.

21

CASE NO.

COMPLAINT FOR UNLAWFUL DETAINER

(DEMAND UNDER $10,000)

(Cal. Code of Civ. Pro. §§ 116 1a(b)(3)

22

Plaintiff alleges the following:

23

24

1.      Plaintiff US BANK NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE

25

TO BANK OF AMERICA, NATIONAL ASSOCIATION, (SUCCESSOR BY MERGER TO

26

LASALLE BANK NATIONAL ASSOCIATION) AS TRUSTEE FOR MORGAN STANLEY

27

LOAN TRUST 2007-8XS is the current owner of certain real property and improvements thereon

28

COMPLAINT FOR UNLAWFUL DETAINER
-1-

commonly known as 10231 KENMORE ST, ANAHEIM, CALIFORNIA 92804 following a

non-judicial foreclosure sale held in accordance with California Civil Code §§ 2924 et seq.

Plaintiff's title was duly perfected by Trustee's Deed Upon Sale recorded on August 24, 2010 as

Instrument No. 2010000409632 in the Office of the Orange County Recorder, a true and correct

copy of which is attached hereto as Exhibit "1" and incorporated herein by this reference.

2.      Defendant, KIM TO TA, is the current occupant of the real property and was the

original trustor under the foreclosed deed of trust or the successor-in-interest to such original trustor

and the last vested owner of record as of the foreclosure sale date.

3.      The true names and capacities, whether individual, corporate, associate or otherwise

of defendants named herein as DOES 1 through 10, and of each of them, are unknown to plaintiff

who therefore sues said defendants by their fictitious names as allowed by California Code of Civil

Procedure § 474. Plaintiff asks leave of the court to amend its complaint to include the true names

and capacities of said defendants when the same have been ascertained.

4.      Plaintiff is informed and  believes and based thereon alleges that each defendant

sued herein as DOE 1 through 10, inclusive, claims a possessory interest in the real property

hereafter described as a tenant or successor-in-interest to the former owner.

5.      On August 17, 2010, Defendant, KIM TO TA, was duly served in the manner

prescribed by Cal. Code of Civ. Pro. § 1162 with written notice demanding that defendant

surrender possession of the real property to plaintiff not later than three days following service of

said written notice.  True and correct copies of said written notice with corresponding proof of

service are attached hereto as Exhibits "2" and "3," respectively, and incorporated herein by this

COMPLAINT FOR UNLAWFUL DETAINER
-2-

**EXHIBIT 3**

reference.

6.    More than three days have elapsed since the service of said written notice, but defendant has failed and refused to surrender possession of said real property and continues to occupy the real property without plaintiff's authorization or consent.

7.    The fair and reasonable rental value of the real property is $50.00 per day. Plaintiff is entitled to recover a money judgment against defendants for their continued occupancy of the real property at this daily rate from and after expiration of the notice to quit through the date of judgment.

8.    Plaintiff is entitled to restitution and possession of the real property from defendants named herein pursuant to California Code of Civil Procedure §§ 1161a(b)(3) and therefore requests a judgment enforceable by any authorized law enforcement agency.

WHEREFORE, plaintiff prays judgment as follows:

1.    For judgment awarding plaintiff restitution and possession of the real property;

2.    For monetary damages according to proof;

3.    For costs of suit incurred herein;

4.    For such other and further relief as the court deems proper.

BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP

Date: August 30, 2010        By: _____
DANA J. SEYLER, Attorneys for Plaintiff
SBN 165062

COMPLAINT FOR UNLAWFUL DETAINER
-3-

VERIFICATION

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I have read the foregoing <u>UNLAWFUL DETAINER SUMMONS AND COMPLAINT</u>
_____ and know its contents.

### CHECK APPLICABLE PARAGRAPHS

[ ]    I am a party to this action.   The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

[ ]    I am [ ] an Officer [ ] a partner _____ [ ] a _____ of _____

a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. [ ]    I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. [ ]    The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

[X]    I am one of the attorneys for    US BANK NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO BANK ,
a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on    AUGUST 30, 2010    , at DIAMOND BAR    , California.
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DANA J. SEYLER, SBN 165062
_____        _____
Type or Print Name                     Signature

### PROOF OF SERVICE
1013a (3) CCP Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF

I am employed in the county of _____, State of California.
I am over the age of 18 and not a party to the within action; my business address is: _____

On, _____ I served the foregoing document described as _____

_____ on _____ in this action
[ ] by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:
[ ] by placing [ ] the original   [ ] a true copy thereof enclosed in sealed envelopes addressed as follows:

[ ] BY MAIL
[ ]    * I deposited such envelope in the mail at _____, California.
The envelope was mailed with postage thereon fully prepaid.
[ ]    As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at _____ California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
Executed on _____, at _____, California.
[ ]    **(BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.
Executed on _____, at _____, California.
[ ] (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
[ ] (Federal)    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____        _____
Type or Print Name                     Signature

*(BY MAIL SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN
MAIL SLOT, BOX, OR BAG)
**(FOR PERSONAL SERVICE SIGNATURE MUST BE THAT OF MESSENGER)

Rev 7/99

## EXHIBIT 3

# EXHIBIT 1

**EXHIBIT 3**

Recording requested by:
NDEx West, L.L.C.
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013

When Recorded Mail to and Mail Tax Statement to:
US BANK NATIONAL ASSOCIATION, et al
c/o AMERICA'S SERVICING COMPANY
3476 STATEVIEW BLVD.
FORT MILL, SC 29715

APN #: 126-345-12
Property Address:
10231 KENMORE STREET
ANAHEIM, CALIFORNIA 92804

TDUS20090134003827

COPY of Document Recorded

at **Orange** County Recorder

**2010000409632**        **08/24/2010**

has not been compared with original.
Original will be returned when process
has been completed.

Fee: **9.00**    DTT: **0.00**    Total    **9.00**

Space above this line for Recorder's use only

Trustee Sale No. : 20090134003827        Title Order No.: 914735

## TRUSTEE'S DEED UPON SALE

The undersigned grantor declares:
1)  The Grantee herein WAS the foreclosing beneficiary
2)  The amount of the unpaid debt together with cost was        $556,317.04
3)  The amount paid by the grantee at the trustee sale was        $309,000.00
4)  The documentary transfer tax is
5)  Said property is in the city of **ANAHEIM**

NDEx West, L.L.C., as the duly appointed Trustee under the Deed of Trust hereinafter described, does hereby grant and convey, but without covenant or warranty, express or implied, to:

US BANK NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO BANK OF AMERICA,
NATIONAL ASSOCIATION, (SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL
ASSOCIATION) AS TRUSTEE FOR MORGAN STANLEY LOAN TRUST 2007-8XS

(herein called Grantee), all of its right, title and interest in and to that certain property situated in the County of Orange, State of California, described as follows:

LOT 70 OF TRACT NO. 3104, IN THE CITY OF STANTON, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 92, PAGE(S) 46 AND 47, OF MISCELLANEOUS MAPS IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM; ALL OIL, OIL RIGHTS, NATURAL GAS RIGHTS, MINERAL RIGHTS, AND OTHER HYDROCARBON SUBSTANCES BY WHATEVER NAME KNOWN, TOGETHER WITH APPURTENANT RIGHTS THERETO, WITHOUT, HOWEVER, ANY RIGHT TO ENTER UPON THE SURFACE OF SAID LAND NOR ANY PORTION OF THE SUBSURFACE LYING ABOVE A DEPTH OF 500 FEET, AS EXCEPTED OR RESERVED IN INSTRUMENTS OF RECORD.
APN: 126-345-12

RECITALS:
This conveyance is made pursuant to the powers conferred upon Trustee by that certain Deed of Trust dated  11/24/2006 and executed by KIM TO TA Trustor(s), and  Recorded on 12/06/2006 as Instrument No. 2006000815835 of official records of Orange County, California, and after fulfillment of the conditions specified in said Deed of Trust authorizing this conveyance.

Default occurred as set forth in a Notice of Default and Election to Sell which was recorded in the Office of the Recorder of said

MAIL TAX STATEMENTS AS DIRECTED ABOVE

THIS IS AN ACCOMMODATION RECORDING ONLY. IT HAS
NOT BEEN ABSTRACTED AS TO ITS CONTENT OR THE
EFFECT IT MAY PRESENT UPON RECORDING.
NORTH AMERICAN TITLE CO.

Page 1 of 2

## EXHIBIT 3

Trustee Sale No. : 20090134003827          Title Order No.: 914735

County, and such default still existed at the time of sale.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Default or the personal delivery of the copy of the Notice of Default and the posting and publication of copies of the Notice of a Sale have been complied with.

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its powers under said Deed of Trust, sold the herein described property at public auction on 08/10/2010. Grantee, being the highest bidder at said sale, became the purchaser of said property for the amount bid being 309,000.00 in lawful money of the United States, or by credit bid if the Grantee was the beneficiary of said Deed of Trust at the Time of said Trustee's Sale.

DATED: 08/20/2010

NDEx West, L.L.C., as Trustee

Joyce Copeland

8/20/2010
DATED

State of    TEXAS    }
County of  DALLAS   }

On _____ 8/20/2010 _____ before me, __ Jerry J. Howell __ Notary Public, personally appeared Joyce Copeland who is known to me to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature: _____ (Seal)

My commission expires: _____



JERRY J. HOWELL
Notary Public
State of Texas
My Comm. Exp. 02-20-2013

**EXHIBIT 3**

Page 14

# EXHIBIT 2

**EXHIBIT 3**

# THREE DAY NOTICE TO QUIT

*(Cal. Code of Civ. Pro. § 1161a(b)(3))*

**To: KIM TO TA**

10231 KENMORE STREET, ANAHEIM, CALIFORNIA  92804

YOU ARE HEREBY NOTIFIED that the real property and improvements thereon commonly known as 10231 KENMORE STREET, ANAHEIM, CALIFORNIA  92804 ("the Property") have been sold to US BANK NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO BANK OF AMERICA, NATIONAL ASSOCIATION, (SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION) AS TRUSTEE FOR MORGAN STANLEY LOAN TRUST 2007-8XS at a non-judicial foreclosure sale in accordance with Cal. Civ. Code §§ 2924 et seq. under the power of sale contained in that certain Deed of Trust executed by KIM TO TA, as trustors, and recorded on December 06, 2006 as Instrument No. 2006000815835 in the Office of the ORANGE County Recorder.  The new owner's title has been duly perfected by Trustee's Deed Upon Sale recorded in the Office of the ORANGE County Recorder.

YOU ARE FURTHER NOTIFIED that your occupancy of the Property shall terminate effective THREE (3) CALENDAR DAYS after service of this Notice upon you.

WITHIN THREE (3) CALENDAR DAYS following service of this Notice, you must vacate and surrender possession of the Property to the undersigned, or legal proceedings will be immediately commenced to declare your occupancy forfeited, to obtain restitution and possession of the Property and to obtain a money judgment against you for damages and court costs.

Barrett Daffin Frappier Treder & Weiss, LLP

Dated:   August 16, 2010

By: _____

FILE NO:   00000001919588

GRACE EVERITT
Attorneys for Property Owner
US BANK NATIONAL ASSOCIATION, AS
SUCCESSOR TRUSTEE TO BANK OF
AMERICA, NATIONAL ASSOCIATION,
(SUCCESSOR BY MERGER TO LASALLE
BANK NATIONAL ASSOCIATION) AS
TRUSTEE FOR MORGAN STANLEY LOAN
TRUST 2007-8XS

*Direct All Inquires to:*

GRACE EVERITT
STATE BAR No. 245844
Barrett Daffin Frappier Treder & Weiss, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765
Phone:  (626) 915-5714
Fax:     (909) 595-7640

EVCA_NoticeToQuit_3Day.rpt (12/07/2009 ) / Var-20  0000001919588

# EXHIBIT 3

# EXHIBIT 3

**EXHIBIT 3**

| Attorney of Party Without Attorney (Name and Address)<br>Barrett, Daffin, Frappier, Treder & Weiss<br>20955 Pathfinder Road            Suite 300<br>Diamond Bar            CA            91765<br>Attorney For: PLAINTIFF | Telephone No:<br>(626)915-5714<br><br>Reference Number:<br>2719661            1919588 | FOR COURT USE ONLY |
|---|---|---|

| Plaintiff/Petitioner: | US Bank National Association, As Successor Trustee to Bank of America, | | | |
|---|---|---|---|---|
| Defendant/Respondent: | Kim To Ta, et al. | | | |

| **PROOF OF SERVICE**<br>**"FILE BY FAX"** | Hearing Date: | Time: | Dept./Div.: | Case Number:<br><br>NOTICE |
|---|---|---|---|---|

I, the undersigned declare that at the time of the service of the papers herein referred to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Three Day Notice to Quit; Request to Verify Occupancy

On the following tenant(s): Kim To Ta

Address:    10231 Kenmore Street
            Anaheim, CA 92804

Date and Time of Posting:  8/17/2010 at 3:10pm.

BY POSTING a copy for each above-named tenant in a conspicious place on the property therein described, there being no person of suitable age or discretion to be found at any known place of residence or business of said tenant(s) AND MAILING by first-class mail on said date a copy to each tenant by depositing said copies in the U.S. Mail in a sealed envelope with postage fully pre-paid, addressed to the above-named tenant(s) at the place where the property is situated.

**FILE BY FAX PER CRC 2.303**

7. Person Serving  (name, address, and telephone No.):

## Attorney Service of San Dimas
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202  Fax (909)394-1204

Fee for service: $   $80.00

Andrew Hernandez
Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.:  1112
(iii) County: San Bernardino

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  8/20/2010

_____
(Signature)

Judicial Council form POS-010

**Proof of Service**

Code Civil Procedure 417.10(f)

## EXHIBIT 3

Page 18

COPY

| Attorney of Party Without Attorney (Name and Address): | | | |
|---|---|---|---|
| Barrett, Daffin, Frappier, Treder & Weiss | Telephone No.: (626)915-5714 | | FOR COURT USE ONLY |
| 20955 Pathfinder Road    Suite 300 | | | FILED |
| Diamond Bar    CA    91765 | Reference Number: 2723245    1919588 | | SUPERIOR COURT OF CALIFORNIA COUNTY OF ORANGE NORTH JUSTICE CENTER |
| Attorney For: PLAINTIFF | | | |

SEP 09 2010

ALAN CARLSON, Clerk of the Court

| Superior Court of California County of Orange - North Justice Center | |
|---|---|

| Plaintiff/Petitioner: | US Bank National Association |
|---|---|
| Defendant/Respondent: | Kim To Ta, et al. |

BY _____ DEPUTY

| **PROOF OF SERVICE** "FILE BY FAX" | Hearing Date: | Time: | Dept./Div.: | Case Number: 30-2010-00405265 |
|---|---|---|---|---|

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of the:

    Summons and Complaint - Unlawful Detainer; Prejudgment Claim of Right to Possession; Civil Case Cover Sheet.

3a. Party Served    : Kim To Ta

3b. Person Served   : Trinh Ta.  Title: Co-Occupant
    Description      : Asian F 21 5'8 110 Drk

4.  Address         : 10231 Kenmore Street
                       Anaheim, CA 92804

5b. By substituted Service on 9/5/2010 at 3:45pm I left the documents listed in item 2 with or in the presence of: Trinh Ta    Title: Co-Occupant
    (2) (home) by leaving copies with a competent member of the household at least 18yrs of age at the dwelling house or usual place of abode of the person served. I informed him or her of  the general nature of the papers.
    (4) A declaration of mailing is attached.
    (5) I attach a declaration of diligence stating actions taken first to attempt personal service. (if required)

    After making a diligent effort to ascertain whether there are other adult occupants, pursuant to C.C.P. 415.46  I served the above named tenant by leaving a copy of the above mentioned documents with the person in 3b., and by mailing by FIRST CLASS MAIL , addressed as listed in above item 4.

6.  The "Notice to Person Served" (on the Summons) was completed as follows:
    (a) As an individual defendant

7. Person Serving (name, address, and telephone No.):

**Attorney Service of San Dimas**
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202 Fax (909)394-1204

Fee for service: $  $100.00

George Rodriguez
Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.:  6197
(iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  9/8/2010

_____
(Signature)

Judicial Council form POS-010    **Proof of Service**    Code Civil Procedure 417.10(f)

FILE BY FAX PER CRC 2.303

**EXHIBIT 3**

Page 19

| Attorney of Party Without Attorney (Name and Address)<br>Barrett, Daffin, Frappier,Treder & Weiss<br>20955 Pathfinder Road<br>Diamond Bar       CA       91765<br>Attorney For: PLAINTIFF | Suite 300 | Phone No:<br>(626)915-5714<br>Reference Number:<br>2723245       1919588 | FOR COURT USE ONLY |
|---|---|---|---|

Superior Court of California
County of Orange - North Justice Center

| Plaintiff/Petitioner: | US Bank National Association |
|---|---|
| Defendant/Respondent: | Kim To Ta, et al. |

| **PROOF OF SERVICE**<br>**"FILE BY FAX"** | Hearing Date: | Time: | Dept./Div.: | Case Number:<br>30-2010-00405265 |
|---|---|---|---|---|

Summons and Complaint - Unlawful Detainer; Prejudgment Claim of Right to Possession;
Civil Case Cover Sheet.

I am and was on the dates herein mentioned, over the age of eighteen years and not a
party to the above entitled action. I received the above described process and after
due diligent effort I have been unable to effect personal service on the within named:

Person Served   : Kim To Ta

Address         : 10231 Kenmore Street
                  Anaheim, CA 92804.

| Date | Time: | Comments: |
|---|---|---|
| 9/3/2010 | 7:38pm | No answer |
| 9/4/2010 | 06:00am | No answer |
| 9/4/2010 | 2:10pm | No answer |
| 9/5/2010 | 3:45pm | Not in, substituted service effected at the given address. |

7. Person Serving  (name, address, and telephone No.):

## Attorney Service of San Dimas
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202  Fax (909)394-1204

Fee for service: $   $100.00
George Rodriguez
Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.:  6197
(iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  9/8/2010

_____
(Signature)

Judicial Council form POS-010          **Proof of Service**          Code Civil Procedure 417.10(f)

# EXHIBIT 3

Page 20

FILE BY FAX PER CRC 2.303

| Attorney of Party Without Attorney (Name and Address)<br>Barrett, Daffin, Frappier, Treder & Weiss<br>20955 Pathfinder Road<br>Diamond Bar      CA      Suite 300      91765<br>Attorney For: PLAINTIFF | Telephone No:<br>(626)915-5714<br>Reference Number:<br>2723245     1919688 | FOR COURT USE ONLY |
|---|---|---|

| Superior Court of California<br>County of Orange - North Justice Center | | |
|---|---|---|

| Plaintiff/Petitioner:    US Bank National Association<br>Defendant/Respondent:    Kim To Ta, et al. | | |
|---|---|---|

| **PROOF OF SERVICE**<br>**"FILE BY FAX"** | Hearing Date: | Time: | Dept./Div.: | Case Number:<br>30-2010-00405265 |
|---|---|---|---|---|

Summons and Complaint - Unlawful Detainer; Prejudgment Claim of Right to Possession;
Civil Case Cover Sheet.

I am a citizen of the United States, employed in the County of Los Angeles, State of
California. I am over the age of eighteen years and not a party to the above entitled
Action. My business address is: 142 East Bonita Avenue, #51, San Dimas, CA 91773.
phone number is: (909)394-1202.

On 9/5/2010, after substituted service under section 415.20(a) or 415.20(b) or
415.46 of the Civil Code of Procedure was made, I served the above entitled documents
on the defendant, in said action by placing a true copy thereof enclosed in a sealed
envelope with postage thereon prepaid for FIRST CLASS MAIL in the United States Mail at
Anaheim  CA  92804.

      Kim To Ta

Address:    10231 Kenmore Street
           Anaheim, CA 92804

7. Person Serving (name, address, and telephone No.):

### Attorney Service of San Dimas
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202 Fax (909)394-1204

Fee for service: $  $100.00
George Rodriguez
Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.:  6197
(iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  9/8/2010

_____
(Signature)

**FILE BY FAX PER CRC 2.303**

# EXHIBIT 3

Attorney of Party Without Attorney (Name and Address)      Phone No:
Barrett, Daffin, Frappier, Treder & Weiss                  (626)915-5714
20955 Pathfinder Road                  Suite 300
Diamond Bar          CA          91765
Attorney For: PLAINTIFF

Reference Number:
2723246          1919588

FOR COURT USE ONLY
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
NORTH JUSTICE CENTER

SEP 09 2010

ALAN CARLSON, Clerk of the Court

Superior Court of California
County of Orange - North Justice Center

Plaintiff/Petitioner:      US Bank National Association
Defendant/Respondent:      Kim To Ta, et al.

BY _____ DEPUTY

**PROOF OF SERVICE**
"FILE BY FAX"

| Hearing Date: | Time: | Dept./Div.: | Case Number: |
|---|---|---|---|
| | | | 30-2010-00405265 |

1.   At the time of service I was at least 18 years of age and not a party to this action.

2.   I served copies of the:

   Summons and Complaint - Unlawful Detainer; Prejudgment Claim of Right to
   Possession; Civil Case Cover Sheet.

3a.  Party Served    :  All Occupants in Care of Named Tenant, Kim To Ta

3b.  Person Served   :  Trinh Ta.  Title: Co-Occupant
     Description     :  Asian F 21 5'8 110 Drk

4.   Address         :  10231 Kenmore Street
                        Anaheim, CA 92804

5b.  By substituted Service on 9/5/2010 at 3:45pm I left the documents listed in item 2
     with or in the presence of: Trinh Ta    Title: Co-Occupant
     (2)  (home) by leaving copies with a competent member of the household at
          least 18yrs of age at the dwelling house or usual place of abode of the
          person served. I informed him or her of  the general nature of the papers.
     (4)  A declaration of mailing is attached.
     (5)  I attach a declaration of diligence stating actions taken first to attempt
          personal service. (if required)

     After making a diligent effort to ascertain whether there are other adult occupants,
     pursuant to C.C.P. 415.46 I served the above named tenant by leaving a copy of the
     above mentioned documents with the person in 3b., and by mailing by FIRST CLASS
     MAIL , addressed as listed in above item 4.

6.   The "Notice to Person Served" (on the Summons) was completed as follows:
     (a) As an individual defendant

7. Person Serving  (name, address, and telephone No.):

**Attorney Service of San Dimas**
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202 Fax (909)394-1204

Fee for service: $    $0.00

George Rodriguez
Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.:  6197
(iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  9/8/2010

_____
(Signature)

Judicial Council form POS-010                  Proof of Service                  Code Civil Procedure 417.10(f)

FILE BY FAX PER CRC 2.303

**EXHIBIT 3**                  Page 22

| Attorney or Party Without Attorney (Name and Address)<br>Barrett, Daffin, Frappier, Treder & Weiss<br>20955 Pathfinder Road<br>Diamond Bar                    CA              Suite 300<br>                                                          91765<br>Attorney For: PLAINTIFF | Telephone No:<br>(626)915-5714<br><br>Reference Number:<br>2723246                    1919588 | FOR COURT USE ONLY |
|---|---|---|

Superior Court of California
County of Orange - North Justice Center

Plaintiff/Petitioner:   US Bank National Association
Defendant/Respondent:   Kim To Ta, et al.

| **PROOF OF SERVICE**<br>**"FILE BY FAX"** | Hearing Date: | Time: | Dept./Div.: | Case Number:<br>30-2010-00405265 |
|---|---|---|---|---|

Summons and Complaint - Unlawful Detainer; Prejudgment Claim of Right to Possession;
Civil Case Cover Sheet.

I am a citizen of the United States, employed in the County of Los Angeles, State of
California. I am over the age of eighteen years and not a party to the above entitled
Action. My business address is: 142 East Bonita Avenue, #51, San Dimas, CA 91773.
phone number is: (909)394-1202.

On 9/5/2010, after substituted service under section 415.20(a) or 415.20(b) or
415.46 of the Civil Code of Procedure was made, I served the above entitled documents
on the defendant, in said action by placing a true copy thereof enclosed in a sealed
envelope with postage thereon prepaid for FIRST CLASS MAIL in the United States Mail at
Anaheim  CA  92804.

     All Occupants in Care of Named Tenant, Kim To Ta

Address:   10231 Kenmore Street
          Anaheim, CA 92804

FILE BY FAX PER CRC 2.303

7. Person Serving (name, address, and telephone No.):

**Attorney Service of San Dimas**
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202  Fax (909)394-1204

Fee for service: $   $0.00

George Rodriguez
Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.:  6197
(iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  9/8/2010

_____
(Signature)

**EXHIBIT 3**

Attorney of Party Without Attorney (Name and Address):
Barrett, Daffin, Frappier,Treder & Weiss
20955 Pathfinder Road                    Suite 300
Diamond Bar                    CA          91765
Attorney For: PLAINTIFF

Telephone No:
(626)915-5714

Reference Number:
2723246          1919588

FOR COURT USE ONLY

Superior Court of California
County of Orange - North Justice Center

Plaintiff/Petitioner:     US Bank National Association
Defendant/Respondent:     Kim To Ta, et al.

| PROOF OF SERVICE "FILE BY FAX" | Hearing Date: | Time: | Dept./Div.: | Case Number: 30-2010-00405265 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

   Summons and Complaint - Unlawful Detainer; Prejudgment Claim of Right to Possession;
   Civil Case Cover Sheet.

3. Name of Tenant   :  All Occupants in Care of Named Tenant, Kim To Ta

4. Address          :  10231 Kenmore Street
                       Anaheim, CA 92804

After making a diligent effort to ascertain whether there are other adult occupants,
pursuant to CCP 415.46, I served the above named tenant by leaving a copy of the above
mentioned documents and by posting a copy in a conspicuous place on the property
therein described,and mailing a copy by "FIRST CLASS MAIL" depositing in the United
States Mail, in a sealed envelope, with posted fully pre-paid, addressed to the usual
place of residence of said tenant (or where the property is situated) as follows:

Address          :  10231 Kenmore Street
                    Anaheim, CA 92804

Date and Time of Posting:  9/5/2010 at 3:45pm.
Date and Place of Mailing: 9/5/2010 from Anaheim CA 92804

6. The "Notice to Person Served" (on the Summons) was completed as follows:
   (a)   As an individual defendant.
   (b)   On behalf of: All Occupants in Care of Named Tenant.

7. Person Serving (name, address, and telephone No.):

**Attorney Service of San Dimas**
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202 Fax (909)394-1204

Fee for service: $   $0.00
George Rodriguez
Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.:  6197
(iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  9/8/2010

(Signature)

Judicial Council form POS-010          Proof of Service          Code Civil Procedure 417.10(I)

FILE BY FAX PER CRC 2.303

**EXHIBIT 3**

Page 24

| | F 4001-1M.RP |
|---|---|
| In re:<br>KIM TO TA<br><br>Debtor | CHAPTER: 13<br><br>CASE NO:  8:10-bk-22705-TA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  20955 PATHFINDER ROAD, SUITE 300, DIAMOND BAR, CA  91765

A true and correct copy of the foregoing document described as <u>Notice of Errata to Notice of Motion and Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>December 1, 2010</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

U. S. Trustee/(Santa Ana): ustpregion16.sa.ecf@usdoj.gov

☐  Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On <u>December 1, 2010</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Judge:  Hon. Theodor C. Albert, U.S. Bankruptcy Court, U.S. Bankruptcy Court, 411 West Fourth Street, Santa Ana, CA 92701-4593
Debtor: Kim To Ta, 10231 Kenmore St, Anaheim, CA 92804
Debtor Attorney: Gary L. Harre, 1940 W. Orangewood Ave., Ste. 110, Orange, CA 92868
Trustee - Court: Amrane Cohen, 770 The City Dr. So., Ste. 3300, Orange, CA 92868

☐  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/01/2010 | GERALD S. KIM | /s/ GERALD S. KIM |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009* bkcace_F9013-31_POS.doc-08 - /Central/Santa Ana/00000001999887                    **F 4001-1M.RP**